IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SARAH FLORA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | Civil Action No. |
| | ) | |
| EVEREST WEALTH MANAGEMENT, INC., EVEREST INVESTMENT ADVISORS, INC., PHILIPPE A. ROUSEAUX, JR., JOHN G. ANTHONY, and LORENA RODRIGUEZ, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF REMOVAL

Defendants Everest Wealth Management, Inc., Everest Investment Advisors, Inc., Philippe A. Rouseaux, Jr., John G. Anthony, and Lorena Rodriguez (collectively "Everest" or "Defendants" hereinafter), by their attorneys, James B. Astrachan and Astrachan Gunst Thomas, P.C., hereby file this Notice of Removal to remove this action from the Circuit Court for Baltimore County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1331 and 1441, *et seq.* and state as follows:

### BACKGROUND AND JURISDICTIONAL FACTS

1. Defendants Everest Wealth Management, Inc.; Everest Investment Advisors, Inc.; Philippe A. Rouseaux, Jr.; John G. Anthony; and Lorena Rodriguez are the sole defendants in this lawsuit captioned *Sarah Flora v. Everest Wealth Management, Inc. et al.,* Case No. 03-C-17-

1

004427, which was filed on May 4, 2017, in the Circuit Court for Baltimore County, State of Maryland (the "Baltimore County Action").

2. Copies of the Summonses and Complaint in the Baltimore County Action were served on Defendants on May 15, 2017.

3. Timothy Lewis, counsel for Defendants located in South Carolina who will be applying for admission to this Court *pro hac vice* in the next few days, received a copy of Plaintiff's Amended Complaint on May 26, 2017. Attorney Alex Brown, of Shapiro Sher, who represents the Defendants in other matters, accepted service of the Summons and Amended Complaint on behalf of the Defendants on May 26, 2017.

4. This Notice of Removal is filed with this Court within thirty (30) days of Defendant's receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. §1446(b). Removal is therefore timely under 28 U.S.C. §1446(b).

5. Filed herewith is a Certificate Upon Removal and Local Rule 103.5 Statement with copies of all process, pleadings, and papers served on Defendants and filed with the Circuit Court for Baltimore County in connection with Plaintiff's case.

6. On June 14, 2017, the undersigned counsel cause to be hand-delivered to the Clerk of the Circuit Court for Baltimore County a Notice of Removal to Federal Court. A copy of the Notice of Removal to Federal Court delivered to the Clerk of the Circuit Court for Baltimore County is being filed simultaneously herewith.

7. On June 14, 2017, the undersigned counsel caused to be mailed, first-class, postage prepaid, to Jonathan M. Herbst, Esq., 400 E. Pratt Street, 8th Floor, Baltimore, Maryland 21202, counsel for Plaintiff, a copy of this Notice, as well as a copy of the Notice of Removal to

Federal Court filed with the Circuit Court for Baltimore County, a Notice to Adverse Party, a Certificate of Removal and Local Rule 103.5 Statement, and a Civil Cover Sheet.

## FEDERAL QUESTION JURISDICTION

8. This Court has original and removal jurisdiction over Plaintiff's Complaint under 28 U.S.C. §§ 1331 and 1441 in that the action arises under the laws of the United States. Specifically, Plaintiff's Complaint alleges that Defendants failed to pay her wages due in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* (*See* Amended Complaint, ¶¶ 27-33.)

9. Pursuant to 28 U.S.C. §1331, the District Courts of the United States have original jurisdiction over civil actions arising under the FLSA. The District Court has supplemental jurisdiction over Plaintiff's state law claims contained in Plaintiff's Amended Complaint pursuant to 28 U.S.C. §1367. Plaintiff's state law claims form part of the same case or controversy as Plaintiff's claims under the FLSA because the state law claims of wage act violation, wrongful termination, breaches of contract, and *quasi* contractual theories arise from the Defendants' alleged failures to remunerate Plaintiff for her alleged actions as an employee. (*See* Plaintiff's Amended Complaint, Exhibit A.) Therefore, this action may be removed to the United States District Court for the District of Maryland pursuant to 28 U.S.C. §1441 and §1367.

WHEREFORE, Defendants respectfully request that this action be removed unto this Court and that no further proceedings be had in the Circuit Court for Baltimore County. Defendants further request to be given the opportunity to fully brief and argue the reasons for removal if a challenge thereto is made by Plaintiff.

Respectfully Submitted,

_____ \ EAH
James B. Astrachan (Bar No. 03566)
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street, Suite 2100
Baltimore, MD 21202
410.783.3550 telephone
410.783.3530 facsimile
jastrachan@agtlawyers.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2017 a copy of the foregoing Notice of Removal was mailed by first class mail, postage prepaid, to:

>Jonathan M. Herbst, Esq.
>The Herbst Firm, LLC
>400 E. Pratt Street, 8th Floor
>Baltimore, MD 21202
>(410) 207-2597 (telephone)
>jon@mdtriallawyer.com

>*Counsel for Plaintiff*

_____
James B. Astrachan